IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

OCT 04 2024

Nathan Ochsner, Clerk of Court

| | | |
|---|---|---|
| IN RE: | § § | CASE NO: 24-33223 |
| KIMBIRLY GONZALEZ, | § § § | CHAPTER 7 |
| Debtor. | § § | |
| JAVIER SANCHEZ, JR. | § § | |
| Plaintiff, | § § | |
| VS. | § § | ADVERSARY NO. 24-3163 |
| KIMBIRLY GONZALEZ, ARTURO GONZALEZ, MAKKULA LLC AND JOSE LUIS CELADON RAMIREZ, | § § § § | |
| Defendants. | § § | |

## PROPOSED MOTION TO SUA SPONTE DISMISSAL OF ADVESARY PROCEEDING

To The Honorable Judge of said Court:

COMES NOW Defendant KIMBIRLY GONZALEZ and is proposing a SUA SPONTE DISMISSAL and would show the court as follows:

On August 12th of 2024 a preliminary pretrial was filed to case number 24-03163. The document states the following: This adversary proceeding was initiated on August 10, 2024. **Therefore, the Court ORDERS that not later than September 9, 2024, the Plaintiff (1) issue any necessary summons to any named defendant(s), (2) serve a summons on each named defendant(s) and (3) file the required proof of service of the summon(s) with the Clerk of the Court.**

The Plaintiff failed to submit documents by September 9, 2024, with the Clerk of the court as which the orders state.

The Preliminary Pretrial Documents Show the court as follows:

FAILURE TO ABIDE BY THIS ORDER MAY LEAD TO SUA SPONTE DISMISSAL OF THIS ADVERSARY PROCEEDING. SIGNED 08/12/2024 by JUDGE Jeffrey Norman United States Bankruptcy Judge.

Respectfully Submitted

By *Kimbirly Gonzalez*
KIMBIRLY GONZALEZ