United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 07, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 24-33223 |
| KIMBIRLY GONZALEZ, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| | § | |
| ~~JAVIER SANCHEZ, JR.~~ | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | ADVERSARY NO. 24-3163 |
| | § | |
| KIMBIRLY GONZALEZ, ARTURO | § | |
| GONZALEZ, MAKKULA LLC AND | § | |
| JOSE LUIS CELADON RAMIREZ, | § | |
| | § | |
| Defendants. | § | |

## ORDER DENYING MOTION TO SUA SPONTE DISMISSAL

Before the court is defendant, Kimbirly Gonzalez' "Proposed Motion to Sua Sponte Dismissal of Adversary Proceeding" (ECF No. 7). The motion is denied without prejudice for the following reasons.

This adversary was filed on August 10, 2024. The adversary is a removed state court case, Cause No. 2023-38275; *Javier Espinoza Sanchez, Jr. v. Kimbirly Sanchez, et al,* In the 189th Judicial District Court, Harris County, Texas. Defendant requests dismissal of this adversary pursuant to the order entered by this Court on August 12, 2024 (ECF No. 2), which requires the issuance of any necessary summons by September 9, 2024. A new summons must be served when a state court case is removed to federal court, to properly initiate proceedings in the federal jurisdiction, as the state court summons is no longer valid.[1] The act of removal nullifies the state summons because the state court is no longer hearing the case. Federal Rule of Civil Procedure 4(a)(1) requires that the summons name the court hearing the case.

**ACCORDINGLY, IT IS ORDERED** that summons must be issued and served as set forth in this Court's order at ECF No. 2 on or before October 23, 2024.

SIGNED 10/07/2024

_____
Jeffrey Norman
United States Bankruptcy Judge

---

[1] See Federal Rules of Civil Procedure 4(l) and 81(c)(1) These rules apply to a civil action after it is removed from state court.