United States Courts
Southern District of Texas
**FILED**

**OCT 08 2024**

Nathan Ochsner, Clerk of Court

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO: 24-33223 |
| KIMBIRLY GONZALEZ, | § | |
| | § | CHAPTER 7 |
| Debtor. | § | |
| JAVIER SANCHEZ, JR. | § | |
| Plaintiff, | § | |
| VS. | § | ADVERSARY NO. 24-3163 |
| KIMBIRLY GONZALEZ, ARTURO GONZALEZ, MAKKULA LLC AND JOSE LUIS CELADON RAMIREZ, | § | |
| Defendants. | § | |

## PROPOSED MOTION TO SUA SPONTE DISMISSAL OF ADVESARY PROCEEDING

To The Honorable Judge of said Court:

COMES NOW Defendant KIMBIRLY GONZALEZ and is proposing a SUA SPONTE DISMISSAL and would show the court as follows:

On August 12th of 2024 a preliminary pretrial was filed to case number 24-03163. The document states the following: **COUNSEL FOR ALL PARTIES ARE HEREBY ORDERED to confer with opposing counsel, and together prepare in writing and file with the Court no less than 24 hours prior to the pretrial conference set on October 9, 2024 at 11:00 a.m. at Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas in this cause, a JOINT DOCUMENT captioned "PRETRIAL STATEMENT" containing the following:**

The Councel's for all parties have failed to submit documents no less than 24 hours prior to pretrial conference se on **October 9, 2024 at 11:00 a.m. at Courtroom 403, United States Courthouse, 515 Rusk St., Houston, Texas**

The Preliminary Pretrial Documents Show the court as follows:

FAILURE TO ABIDE BY THIS ORDER MAY LEAD TO SUA SPONTE DISMISSAL OF THIS ADVERSARY PROCEEDING. SIGNED 08/12/2024 by JUDGE Jeffrey Norman United States Bankruptcy Judge.

Respectfully Submitted

By *Kimbirly Gonzalez*
KIMBIRLY GONZALEZ